| | |
|---|---|
| 1 | DAVID W. DRATMAN |
| 2 | Attorney at Law<br>State Bar No. 78764 |
| 3 | 1007 7th Street, Suite 305<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 443-2000<br>Facsimile: (916) 443-0989 |
| 5 | Email: dwdratman@aol.com |
| 6 | Attorney for Defendant<br>FRANK ROBERT WINSLOW |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-CR-00151 MCE<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for February 7, 2019 at 10:00 a.m. be continued to February 21, 2019 at 10:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | February 21, 2019 |
| Reply, or Statement of Non-Opposition: | February 14, 2019 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 7, 2019 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 31, 2019 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 24, 2019 |

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE
1

| | The proposed Presentence Report shall be disclosed to counsel no later than: | Disclosed |

DATED: JANUARY 10, 2019
/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
FRANK ROBERT WINSLOW

DATED: JANUARY 10, 2019
MCGREGOR W. SCOTT
United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE