1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California 95814
   Telephone: (916) 443-2000
4  Facsimile: (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 MCE |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for February 21, 2019 at 10:00 a.m. be continued to April 4, 2019 at 10:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April 4, 2019 |
| Reply, or Statement of Non-Opposition: | March 28, 2019 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 21, 2019 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 14, 2019 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 7, 2019 |

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE
1

| The proposed Presentence Report shall be disclosed to counsel no later than: | Disclosed |
|---|---|

DATED: JANUARY 23, 2019
/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
FRANK ROBERT WINSLOW

DATED: JANUARY 23, 2019
MCGREGOR W. SCOTT
United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: January 23, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE