DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 MCE |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for April 25, 2019 at 10:00 a.m. be continued to May 16, 2019 at 10:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | May 16, 2019 |
| Reply, or Statement of Non-Opposition: | May 9, 2019 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Completed |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Completed |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE
1

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | Disclosed |

DATED: APRIL 17, 2019  /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
FRANK ROBERT WINSLOW

DATED: APRIL 17, 2019  MCGREGOR W. SCOTT
United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: April 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE