DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-CR-00151 MCE<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |
|---|---|

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for June 20, 2019 at 10:00 a.m. be continued to August 1, 2019 at 10:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | August 1, 2019 |
| Reply, or Statement of Non-Opposition: | July 25, 2019 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Completed |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Completed |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

1

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | Disclosed |

DATED: JUNE 10, 2019        /s/ David W. Dratman
                            DAVID W. DRATMAN
                            Attorney for Defendant
                            FRANK ROBERT WINSLOW


DATED: JUNE 10, 2019        MCGREGOR W. SCOTT
                            United States Attorney

                        By: /s/ Roger Yang*
                            ROGER YANG
                            Assistant U.S. Attorney
                            *Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: June 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE