1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  FRANK ROBERT WINSLOW

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          **2:18-CR-00151 MCE**

          Plaintiff,

12                                     **STIPULATION AND ORDER
                                       CONTINUING SENTENCING**

13        vs.

14  FRANK ROBERT WINSLOW,

          Defendant.

15

16        IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

17  Probation Department that the Judgment and Sentencing scheduled for July 8, 2021 at

18  10:00 a.m. be continued to August 5, 2021 at 10:00 a.m.

19

20  DATED:  June 30, 2021                    /s/ David W. Dratman
21                                           DAVID W. DRATMAN
                                             Attorney for Defendant
22                                           FRANK ROBERT WINSLOW

23

24  DATED:  June 30, 2021                    PHILLIP A. TALBERT
25                                           United States Attorney

26                                    By: /s/ Roger Yang*
                                             ROGER YANG
27                                           Assistant U.S. Attorney
                                             *Signed with permission
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the Judgment and Sentencing scheduled for July 8, 2021 at 10:00 a.m. is

**CONTINUED** to **August 5, 2021**, **at 10:00 a.m**.

IT IS SO ORDERED.

Dated:  July 6, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE