1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  FRANK ROBERT WINSLOW

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            2:18-CR-00151 MCE

           Plaintiff,
12                                       **STIPULATION AND ORDER
                                         CONTINUING SENTENCING**
13     vs.

14 | FRANK ROBERT WINSLOW,

           Defendant.
15

16     IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

17 Probation Department that the Judgment and Sentencing scheduled for August 19, 2021 at

18 10:00 a.m. be continued to September 23, 2021 at 10:00 a.m.

19

20 DATED:  AUGUST 16, 2021            /s/ David W. Dratman
                                      DAVID W. DRATMAN
21                                    Attorney for Defendant
                                      FRANK ROBERT WINSLOW
22

23

24 DATED:  AUGUST 16, 2021            PHILLIP A. TALBERT
                                      United States Attorney
25

26                                    By: /s/ Roger Yang*
                                      ROGER YANG
27                                    Assistant U.S. Attorney
                                      *Signed with permission
28

STIPULATION AND ORDER CONTINUING SENTENCING
1

**ORDER**

The Court adopts the stipulation of the parties as its order.

IT IS SO ORDERED.

Dated: August 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING SENTENCING

2