DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-CR-00151 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for September 23, 2021 at 10:00 a.m. be continued to November 18, 2021 at 10:00 a.m.


DATED:  SEPTEMBER 17, 2021      /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                FRANK ROBERT WINSLOW


DATED:  SEPTEMBER 17, 2021      PHILLIP A. TALBERT
                                Acting United States Attorney

                                By: /s/ Roger Yang*
                                ROGER YANG
                                Assistant U.S. Attorney
                                *Signed with permission

**ORDER**

Pursuant to the stipulation of the parties, the judgment and sentencing in this case scheduled for September 23, 2021 at 10:00 a.m. is **VACATED** and **CONTINUED** to **November 18, 2021, at 10:00 a.m**.

IT IS SO ORDERED.

Dated:  September 20, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE