DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-CR-00151 JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing previously scheduled for November 18, 2021 at 10:00 a.m. be continued to January 11, 2022 at 9:30 a.m.

DATED:  NOVEMBER 17, 2021          /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   FRANK ROBERT WINSLOW


DATED:  NOVEMBER 17, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   By: /s/ Roger Yang*
                                   ROGER YANG
                                   Assistant U.S. Attorney
                                   *Signed with permission

## **ORDER**

IT IS SO ORDERED.

DATED: November 17, 2021          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE