DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing previously scheduled for March 1, 2022 at 9:30 a.m. be continued to March 15, 2022 at 9:30 a.m.

DATED:  FEBRUARY 24, 2022          /s/ David W. Dratman
                                    DAVID W. DRATMAN
                                    Attorney for Defendant
                                    FRANK ROBERT WINSLOW


DATED:  FEBRUARY 24, 2022          PHILLIP A. TALBERT
                                    United States Attorney

                                    By: /s/ Roger Yang*
                                    ROGER YANG
                                    Assistant U.S. Attorney
                                    *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: February 25, 2022        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE