DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

Probation Department that the Judgment and Sentencing previously scheduled for

April 12, 2022 at 9:30 a.m. be continued to June 14, 2022 at 9:30 a.m.


DATED:  APRIL 5, 2022                    /s/ David W. Dratman
                                         DAVID W. DRATMAN
                                         Attorney for Defendant
                                         FRANK ROBERT WINSLOW


DATED:  APRIL 8, 2022                    PHILLIP A. TALBERT
                                         United States Attorney

                                         By: /s/ Roger Yang*
                                         ROGER YANG
                                         Assistant U.S. Attorney
                                         *Signed with permission

## **ORDER**

IT IS SO ORDERED.

DATED: April 6, 2022                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE