1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   601 University Avenue, Suite 145
3  Sacramento, California 95825-6738
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  FRANK ROBERT WINSLOW

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:18-CR-00151 JAM

          Plaintiff,
12                                       **STIPULATION AND ORDER
                                         CONTINUING SENTENCING**
13     vs.

14  FRANK ROBERT WINSLOW,

15        Defendant.

16      IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

17  Probation Department that the Judgment and Sentencing previously scheduled for

18  August 16, 2022 at 9:30 a.m. be continued to November 1, 2022 at 9:30 a.m.

19

20  DATED:  AUGUST 9, 2022          /s/ David W. Dratman
                                    DAVID W. DRATMAN
21                                  Attorney for Defendant
                                    FRANK ROBERT WINSLOW
22

23

24  DATED:  AUGUST 9, 2022          PHILLIP A. TALBERT
                                    United States Attorney
25

26                                  By: /s/ Roger Yang*
                                    ROGER YANG
27                                  Assistant U.S. Attorney
                                    *Signed with permission
28

**ORDER**

IT IS SO ORDERED.

DATED: August 9, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE