|   |   |
|---|---|
| 1 | DAVID W. DRATMAN |
| 2 | Attorney at Law |
|   | State Bar No. 78764 |
| 3 | 601 University Avenue, Suite 145 |
|   | Sacramento, California 95825-6738 |
| 4 | Telephone: (916) 443-2000 |
|   | Facsimile: (916) 443-0989 |
| 5 | Email: dwdratman@aol.com |

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing previously scheduled for November 1, 2022, at 9:00 a.m. be continued to January 10, 2023, at 9:00 a.m.

DATED: OCTOBER 24, 2022    /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
FRANK ROBERT WINSLOW


DATED: OCTOBER 24, 2022    PHILLIP A. TALBERT
United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: October 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING SENTENCING

2