DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00151 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for January 10, 2023, at 9:00 a.m. be continued to February 7, 2023, at 9:00 a.m. to seek to finalize restitution issues and to permit the defense to file a supplemental sentencing memorandum.

DATED:  JANUARY 5, 2023         /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                FRANK ROBERT WINSLOW

DATED:  JANUARY 5, 2023         PHILLIP A. TALBERT
                                United States Attorney

                                By: /s/ Roger Yang*
                                ROGER YANG
                                Assistant U.S. Attorney
                                *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: January 5, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE