DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FRANK ROBERT WINSLOW,<br>Defendant. | **2:18-CR-00151 JAM**<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

IT IS STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for May 2, 2023, at 9:00 a.m. be continued to **June 6, 2023, at 9:00 a.m**. to give defense counsel, who recently completed a trial and has been preparing for other trials, to seek to finalize restitution issues and to file a supplemental sentencing memorandum; as well as giving the Probation Department additional time primarily to obtain and summarize information in the PSR relating to defendant's current medical issues.

DATED: APRIL 27, 2023

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
FRANK ROBERT WINSLOW

DATED: APRIL 27, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: April 27, 2023

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE