PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK ROBERT WINSLOW,<br><br>　　　　Defendant. | 2:18-cr-00151-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On or about September 26, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Frank Robert Winslow forfeiting to the United States the following property:

　　a. An Asus Nexus tablet, Serial number unknown,
　　b. A Digiland tablet, serial number XMF-MID1008,
　　c. A Toshiba laptop computer, serial number XC252939Q,
　　d. A Gateway DX4831 desktop computer, serial number PTGAJ020010040D0712700,
　　e. A Gateway ATXAEC desktop computer, serial number 0028346040,
　　f. A Gateway ATXAEC desktop computer, serial number 002982207,
　　g. A Nexstar MX hard drive, serial number 0621400927,
　　h. A Hitachi hard drive, serial number HDS722516VLAT80,
　　i. A Western Digital hard drive, serial number WMA8E8155541,
　　j. A Western Digital hard drive, serial number WCC1T1245690,
　　k. A Western Digital hard drive, serial number WCAZA221756,
　　l. A Western Digital hard drive, serial number WMA8E3935312,
　　m. A Western Digital hard drive, serial number WMA8E8096087, and
　　n. A Toshiba hard drive, serial number 926UT4UFTTVZ.

///

///

Beginning on October 2, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Frank Robert Winslow.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: June 21, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE