DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-cr-00151-JAM<br><br>**STIPULATION AND ORDER CONTINUING RESTITUTION HEARING AND DEFENDANT'S WAIVER OF RIGHT TO HAVE RESTITUTION DETERMINED WITHIN 90 DAYS OF SENTENCING** |

IT IS STIPULATED BETWEEN the parties that the restitution hearing currently scheduled for August 29, 2023 at 9:00 a.m. be **CONTINUED** to **October 17, 2023, at 9:00 a.m.** to give defense counsel, who recently completed two trials and has been preparing for other trials, to seek to finalize restitution issues by stipulation.

DATED:  AUGUST 23, 2023        /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               FRANK ROBERT WINSLOW


DATED:  AUGUST 23, 2023        PHILLIP A. TALBERT
                               United States Attorney
                           By: /s/ Roger Yang*
                               ROGER YANG
                               Assistant U.S. Attorney
                               *Signed with permission

**DEFENDANT FRANK WINSLOW'S WAIVER OF RIGHT TO HAVE RESTITUTION DETERMINED WITHIN 90 DAYS OF SENTENCING**

I, Frank Robert Winslow, having been advised of my right to have restitution determined within 90 days of my Judgment and Sentencing do hereby knowingly, intelligently and voluntarily with the advice of my attorney give up my right to have restitution determined within 90 days of my Judgment and Sentence.

DATED: AUGUST 23, 2023         /s/ Frank Robert Winslow
                               FRANK ROBERT WINSLOW

**ORDER**

**IT IS SO ORDERED**.

Dated: August 23, 2023         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE