DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-cr-00151-JAM<br><br>**STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |
|---|---|

    IT IS STIPULATED BETWEEN the parties that the restitution hearing currently scheduled for October 17, 2023 at 9:00 a.m. be continued to **January 9, 2024, at 9:00 a.m**. to give defense counsel, who has been preparing for jury trials and other matters, additional time to seek to finalize restitution issues by stipulation.

    Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  OCTOBER 11, 2023        /s/ David W. Dratman
                                              DAVID W. DRATMAN
                                              Attorney for Defendant
                                              FRANK ROBERT WINSLOW

DATED: OCTOBER 11, 2023        PHILLIP A. TALBERT
                               United States Attorney

                               By: /s/ Roger Yang*
                                   ROGER YANG
                                   Assistant U.S. Attorney
                                   *Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2023           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE