DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-cr-00151-JAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS STIPULATED BETWEEN the parties that the restitution hearing scheduled for January 9, 2024 at 9:00 a.m. be **CONTINUED** to **April 9, 2024, at 9:00 a.m**. to give defense counsel, who has been preparing for jury trials and other matters, additional time to seek to finalize restitution issues by stipulation.

Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  JANUARY 2, 2024          /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 FRANK ROBERT WINSLOW

DATED: JANUARY 2, 2024                PHILLIP A. TALBERT
                                      United States Attorney

                                      By: /s/ Roger Yang*
                                      ROGER YANG
                                      Assistant U.S. Attorney
                                      *Signed with permission

## **ORDER**

IT IS SO ORDERED.

Dated: January 02, 2024              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE