DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-cr-00151-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |
| vs. | |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS STIPULATED BETWEEN the parties that the restitution hearing scheduled for August 20, 2024 at 9:00 a.m. be continued to **October 22, 2024, at 9:00 a.m.** to give defense counsel, who has been in and preparing for jury trials and other matters, additional time to seek to finalize restitution issues by stipulation.

Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  AUGUST 12, 2024           /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  Attorney for Defendant
                                  FRANK ROBERT WINSLOW

| | |
|---|---|
| DATED: AUGUST 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ Roger Yang*<br>ROGER YANG<br>Assistant U.S. Attorney<br>*Signed with permission |

## **ORDER**

IT IS SO ORDERED.

Dated: August 14, 2024                          /s/ John A. Mendez
                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                   SENIOR UNITED STATES DISTRICT JUDGE