DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-cr-00151-JAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

IT IS STIPULATED BETWEEN the parties that the restitution hearing scheduled for October 22, 2024 at 9:00 a.m. be continued to **November 19, 2024, at 9:00 a.m.** to give defense counsel, who has been preparing for jury trials and other matters, additional time to seek to finalize restitution issues by stipulation.

Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  October 15, 2024          /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  Attorney for Defendant
                                  FRANK ROBERT WINSLOW

DATED:  OCTOBER 15, 2024            PHILLIP A. TALBERT
                                    United States Attorney

                                    By: /s/ Roger Yang*
                                        ROGER YANG
                                        Assistant U.S. Attorney
                                        *Signed with permission

## **ORDER**

IT IS SO ORDERED.

Dated: October 16, 2024            /s/ John A. Mendez
                                   ─────────────────────────────
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE