DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-cr-00151-JAM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION CONTINUING RESTITUTION HEARING** |
| FRANK ROBERT WINSLOW, | |
| Defendant. | |

    IT IS STIPULATED BETWEEN the parties that the restitution hearing scheduled for November 19, 2024 at 9:00 a.m. be continued to January 28, 2025, at 10:00 a.m. to give defense counsel, who has been preparing for jury trials and other matters, additional time to seek to finalize restitution issues by stipulation.

    Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  November 12, 2024      /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               FRANK ROBERT WINSLOW

DATED:  NOVEMBER 12, 2024 	PHILLIP A. TALBERT
	United States Attorney

	By: /s/ Roger Yang*
	ROGER YANG
	Assistant U.S. Attorney
	*Signed with permission

## ORDER

The November 19, 2024 restitution hearing is **CONTINUED** to **January 28, 2025, at 09:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: November 14, 2024 	/s/ John A. Mendez
	THE HONORABLE JOHN A. MENDEZ
	SENIOR UNITED STATES DISTRICT JUDGE