DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
FRANK ROBERT WINSLOW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ROBERT WINSLOW,<br><br>Defendant. | 2:18-cr-00151-JAM<br><br>**STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |

IT IS STIPULATED BETWEEN the parties that the restitution hearing scheduled for March 25, 2025 at 9:00 a.m. be continued to **April 08, 2025, at 9:00 a.m.** to give defense counsel, who has been preparing for jury trials, dealing with personal health issues and other matters, additional time to seek to finalize restitution issues by stipulation.

Defendant, Frank Robert Winslow, has previously waived his right to have restitution determined within 90 days of his Judgment and Sentence.

DATED:  March 17, 2025                    /s/ David W. Dratman
                                          DAVID W. DRATMAN
                                          Attorney for Defendant
                                          FRANK ROBERT WINSLOW

DATED: MARCH 17, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
*Signed with permission

## **ORDER**

IT IS SO ORDERED.

Dated: March 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE