MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00151-JAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER SETTING RESTITUTION** |
| FRANK ROBERT WINSLOW, | ) | |
| Defendant. | ) | |

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **GRANTS** the parties' stipulation and **ORDERS** restitution in the amount of **$16,000.00** as outline in the Restitution Attachment on Sheet 5B. See Amended Judgment and Commitment.

The restitution hearing, currently set for April 08, 2025, shall be **VACATED**.

Dated: April 04, 2025             /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE